UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

State Farm Lloyds  As Subrogee of Kevin Lewis §

and Michelle §

§     NO:  AU:25-CV-00228-RP

vs. §

§

Uponor North Americas, Inc., Uponor, Inc.

D/B/A Uponor

## **ORDER**

      This case was removed to this Court on February 17, 2025  (Dkt. 1).  State Farm Lloyds As Subrogee of Kevin Lewis and Michelle Lewis's counsel of record in this case is Stephen E. Garner. Before removal, Stephen E. Garner has made an appearance in the case as counsel for State Farm Lloyds As Subrogee of Kevin Lewis and Michelle Lewis.   Stephen E. Garner is not admited to practice in this court, however.   Accordingly, the Court ordered Stephen E. Garner to file a motion to appear pro hac vice no later than March 5, 2025, and warned that failure to do so could result in striking him/her from the docket (Dkt. 5).  As of this date, Stephen E. Garner has not filed a motion to appear pro hac vice.

      IT IS THEREFORE ORDERED that Stephen E. Garner is STRICKEN as counsel of record for State Farm Lloyds As Subrogee of Kevin Lewis and Michelle Lewis in this case.  Stephen E. Garner will no longer receive orders from this court or any pleadings filed.

      SIGNED on  17th day of March, 2025

                                  _____

                                    ROBERT PITMAN

                                    UNITED STATES DISTRICT JUDGE