IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STATE FARM LLOYDS AS SUBROGEE OF KEVIN LEWIS AND MICHELLE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>UPONOR NORTH AMERICAS, INC. d/b/a Uponor, and UPONOR, INC. d/b/a Uponor,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:25-CV-228-RP |

## ORDER

Before the Court is Defendant Uponor, Inc.'s ("UI") Motion to Remand, (Dkt. 20). In light of Plaintiff's lack of opposition, (*id.* at 6), the Court will remand this action to state court.

Accordingly, **IT IS ORDERED** that this action is **REMANDED** to the 428th District Court of Hays County, Texas.

**IT IS FURTHER** ordered that this case is **CLOSED**.

**SIGNED** on April 8, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE